IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF MISSISSIPPI

GREENVILLE DIVISION

PHYLLIS GALE NIX,

Plaintiff,

- vs -

CAROLYN W. COLVIN,

Acting Commissioner of Social Security,

Defendant.

Civil Action No. 4:15-cv-134-JMV

## ORDER

Having considered the Defendant's Unopposed Motion to Remand [13], the Court finds it is well-taken, and the same is hereby GRANTED. Accordingly, for good cause shown, the case is hereby REMANDED for further administrative action, including but not limited to a new hearing, pursuant to sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Defendant's pending motion to dismiss [11] is, therefore, denied as moot.

IT IS FURTHER ORDERED that the clerk shall close this case. However, the Court will, nevertheless, retain jurisdiction over this matter pending resolution of the administrative proceedings.

SIGNED this 21st day of March, 2016.

   /s/   Jane M. Virden
UNITED STATES MAGISTRATE JUDGE